**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION**

|  |  |
|---|---|
| HEATHER SNELL,<br><br>        Plaintiff,<br><br>    v.<br><br>GLYNN COUNTY, GEORGIA, and E. NEAL JUMP,<br><br>        Defendants. | CIVIL ACTION NO.: 2:26-cv-47 |

**O R D E R**

Defendants filed a Motion to Stay and seek to stay the parties' deadlines in this case pending resolution of their motion to dismiss.  Doc. 9.  Plaintiff does not oppose this Motion.  Doc. 11.  Upon review, the Court **GRANTS** Defendants' Motion and **STAYS** the discovery deadlines, pending resolution of Defendants' motion to dismiss.  This stay will lift automatically upon resolution of the motion to dismiss, should any claims remain pending.  The parties are to confer and submit their proposed Rule 26(f) report within 14 days of the Court's resolution.

**SO ORDERED**, this 15th day of June, 2026.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA